Opinion approved by the Court.

### MOSLEY v. STATE.
### No. 26010.

Court of Criminal Appeals of Texas.
Nov. 5, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

BEAUCHAMP, Judge.

The state has filed a motion, duly verified, asking that the appeal in this case be abated on account of the death of the appellant. A certificate of death accompanies the motion. The appeal is accordingly abated.